# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| VOICE-TEL ENTERPRISES, LLC) and VOICECOM TELECOMMUNICATIONS, LLC ) ) Plaintiffs ) ) vs. ) ) JOBA, INC. d/b/a VOICE-TEL OF SOUTH FLORIDA and DIGITAL COMMUNICATION SERVICES, INC. d/b/a VOICE-TEL OF SOUTH FLORIDA, ) ) Defendants ) | CIVIL ACTION FILE<br><br>NO.: 1-01-CV-3359-TWT |

## SUPPLEMENTAL RULE 26 DISCLOSURE BY A. FRANK ADAMS, III, Ph.D. PURSUANT TO RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE

This report is submitted pursuant to Rule 26(a)(2)(B) of the Federal

Rules of Civil Procedure and is intended to supplement, and not supplant,

my report dated September 23, 2003. This report contains information which

was not available to me at the time of my initial report and was developed in

response to JOBA's request for additional information.

268

In October 2003, I ascertained that for the twenty-three (23) month period of November 2001 to September 2003[1], there were 31,562 mailboxes with 3-digit prefixes that correspond to the JOBA geographic franchise territory. It was impossible and/or impractical to determine whether each of these mailboxes could be tied to a customer name and invoice. This information was not readily available on any computer system of Voicecom Telecommunications, LLC. Therefore, I was asked to select a random sample from which data could be manually extracted to link customer names to mailboxes and invoices or contracts.

I determined that a statistically significant sample size for this project was 163 mailboxes. This sample size would provide a confidence level of 95% with an ex-ante sample error rate of +/- 10% of the population mean for the average price of a mailbox. The population mean for mailboxes was $9.98. Thus, my sample mean for mailbox prices would be between $9.00 and $11.00.

Using a random number generator, I selected 200 numbers from which sampling could occur. One number was duplicated, thus I had 199 usable numbers.

---

[1] Given the additional data obtained, this calculation updates that damage calculation of $71,477-$116,622, for the time period March 2002 to the present, as stated in my September 23, 2003 Expert Report.

Although the sample size required only 163 observations to obtain the confidence level specified, I actually obtained useable data for 188 mailboxes.

For each of these 188 mailboxes, the customer name, mailbox number and invoices or bills were physically located or deemed non-existent.

From the data I obtained from these observations, I noted the following:

1.    The sample included 35 Amway accounts. JOBA was paid a provisioning fee for Amway accounts. Amway bills were sent to destinations inside the JOBA territory.

2.    The sample included national accounts, such as Verizon, for which bills were sent to destinations outside of the JOBA geographic territory, but for which JOBA was paid a provisioning fee.

3.    I determined that on average for each dollar that the franchisor billed to its customers, it paid $1.16 to JOBA to provision mailboxes on its system.

        In order to check and test the validity of the data that was supplied to me by the franchisor, I cross-referenced the franchisor's electronic provisioning reports against JOBA's Quickbook data which included JOBA's bank deposits. These numbers all showed provisioning fees paid to JOBA for this timeframe of approximately $315,050.00. Additionally, I manually sampled and cross-referenced the data that was provided to me for the sample size.

3

In conclusion, my analysis of this sample data allows me, with a 95% confidence level, to draw inferences about the population for the time period specified. For instance, JOBA was paid for Amway accounts and for national accounts that were billed outside its geographic franchise territory. In addition, the franchisor paid JOBA on average 116% of the bills submitted to its customers.

I can further conclude that JOBA's damage expert, Mr. King's analysis of damages for claims of encroachment are necessarily over-inflated. My data analysis demonstrates that JOBA was paid provisioning fees for Amway and national accounts billed both inside and outside the JOBA geographic franchise territory. Mr. King testified he did not reduce his damage calculations by provisioning fees paid to JOBA or by Amway sales. He admits that if these provisioning fees and Amway sales were found in the data supplied for bills sent to the JOBA territory, this data should be appropriately removed from his calculations.

The data and schedules upon which I rely are attached hereto as exhibits.

Respectfully submitted on this _21_ th day of October, 2003.

A. Frank Adams, III, Ph.D.

## Voice-Tel Enterprises  v. JOBA, Inc.
**Summary of Damages due Voice-Tel from JOBA, Inc.**                    **Schedule 1**

**Assuming a 60/40 Seller/Provider Split**
**November 2001 through September 2003**
**Amount Owed for Overpaid**
**Provisioning Fees:**                              $184,287

**Total Amount Owed Voice-Tel:**          | $184, 287 |

# Voice-Tel Enterprises  v. JOBA, Inc.

**Summary of Damages due Voice-Tel from JOBA, Inc.**                    **Schedule 1.1**

**Assuming JOBA Receives 100% of
Revenue\***
**November 2001 through September 2003**
**Amount Owed for Overpaid**
**Provisioning Fees:**                              $48,819

**Total Amount Owed Voice-Tel:**            | $48, 819 |

\* Less applicable royalties, SMF, and ISF.

## Voice-Tel Enterprises  v. JOBA, Inc.
## Projected Provisioning Fee's Based on Statistical Sample - Scenario 1        Schedule 2

### Provisioning Fee's Paid Based on Sample Data

|  | Interfranchise | Amway | Total Gross Paid |
|---|---|---|---|
| Gross Sales from Statistical Sample | $ 1,361 | $ 432 | $ 1,793 |
| Reductions <1>: | $ (68) | $ (65) | $ (133) |
| Net Totals: | $ 1,293 | $ 367 | $ 1,660 |

Projected Provisioning Fee Paid to JOBA:   $ 1,660

### Amount billed by Voice-Tel Enterprises Based on Sample Data <2>

|  | Interfranchise | Amway | Total Gross Billed |
|---|---|---|---|
| Gross Amount Billed from Statistical Sample | $ 986 | $ 561 | $ 1,547 |
| Reductions <3>: | $ (68) | $ (84) | $ (153) |
| Net Totals: | $ 918 | $ 477 | $ 1,394 |

Projected Provisioning Fee due JOBA:   $ 1,394

| | | |
|---|---|---|
| Projected Provisioning Fee Paid to JOBA: | $ 1,660 | (a) |
| Projected Provisioning Fee due JOBA | $ 1,394 | (b) |
| Overpayment | $ 265 | (c)=(a-b) |

**Overpayment as a Percent of the Projected**
**Provisioning Fee Paid:**              **16.0%** (d)=(c/a)

<1> Based on the actual percentage of reductions to Interfranchise Sales over this time
    period (5.02%).
<2> Calculation of what the provisioning fee would have been if JOBA had received 100% of revenue
    less royalties, system marketing fund and informations services fee (for Amway accounts).
<3> Interfranchise reduction assumed to be the same under both scenario's. Amway reduction related
    to royalties, marketing and information services assumed to be 15% of Amway gross revenue.

## Voice-Tel Enterprises v. JOBA, Inc.
**Projected Provisioning Fee's Based on Statistical Sample - Scenario 2**     **Schedule 2.1**

### Provisioning Fee's Paid Based on Sample Data

|  | Interfranchise | Amway | Total Gross Paid |
|---|---|---|---|
| Gross Sales from Statistical Sample | $ 1,361 | $ 432 | $ 1,793 |
| Reductions <1>: | $ (68) | $ (65) | $ (133) |
| Net Totals: | $ 1,293 | $ 367 | $ 1,660 |

Projected Provisioning Fee Paid to JOBA:     $ 1,660

### Amount billed by Voice-Tel Enterprises Based on Sample Data <2>

|  | Interfranchise | Amway | Total Gross Billed |
|---|---|---|---|
| Gross Amount Billed from Statistical Sample | $ 986 | $ 561 | $ 1,547 |
| Reductions <3>: | $ (68) | $ (84) | $ (153) |
| Net Totals: | $ 918 | $ 477 | $ 1,394 |

Projected Provisioning Fee due JOBA:     $ 619

| | | |
|---|---|---|
| Projected Provisioning Fee Paid to JOBA: | $ 1,660 | (a) |
| Projected Provisioning Fee due JOBA | $ 619 | (b) |
| Overpayment | $ 1,041 | (c)=(a-b) |

**Overpayment as a Percent of the Projected**
**Provisioning Fee Paid:**                **62.7%** (d)=(c/a)

<1> Based on the actual percentage of reductions to Interfranchise Sales over this time
   period (5.02%).
<2> Calculation of what the provisioning fee would have been if JOBA had received the historical 60/40
   seller/provider split.
<3> Interfranchise reduction assumed to be the same under both scenario's. Amway reduction related
   to royalties, marketing and information services assumed to be 15% of Amway gross revenue.

# Voice-Tel Enterprises  v. JOBA, Inc.
## Provisioning Fee Overpayment Support - Scenario 1                    Schedule 3

| | Interfranchise | | Amway | | Total Gross |
|---|---|---|---|---|---|
| <u>Actual Provisioning Fee's Paid</u> | | | | | |
| November 2001- September 2003 Gross Sales: | $ | 243,307 | $  71,743 | $ | 315,050 |
| Reductions: | $ | (12,218) | $  (10,762) | $ | (22,980) |
| Net Totals: | $ | 231,088 | $  60,982 | $ | 292,070 |
| Provisioning Fee Paid to JOBA: | $ | 292,070 | | | |

| | Interfranchise | | Amway | | Total Gross |
|---|---|---|---|---|---|
| <u>Adjusted Provisioning Fee's <1></u> | | | | | |
| November 2001 - September 2003 Gross Sales <2>: | $ | 176,205 | $  93,253 | $ | 269,458 |
| Reductions <3>: | $ | (12,218) | $  (13,988) | $ | (26,206) |
| Net Totals: | $ | 163,986 | $  79,265 | $ | 243,251 |
| Adjusted Provisioning Fee Paid to JOBA: | $ | 243,251 | | | |

| | | |
|---|---|---|
| Actual Provisioning Fee Paid: | $  292,070 | (a) |
| Adjusted Provisioning Fee: | $  243,251 | (b) |
| Overpayment | $  48,819 | (c)=(a-b) |

**Overpayment as a Percent of the Actual
Provisioning Fee Paid:**                    <u>16.7%</u> (d)=(c/a)


<1> Based on applying the sample data percentages to the actual gross provisioning
    fees paid.  This also assumes that JOBA receives 100% of revenue less applicable royalties,
    system marketing fund and information services fees.
<2> Gross sales based on sample data percentages.
<3> Interfranchise reduction assumed to be the same under both scenario's. Amway reduction related
    to royalties, marketing and information services assumed to be 15% of Amway gross revenue.

# Voice-Tel Enterprises  v. JOBA, Inc.
## Provisioning Fee Overpayment Support - Scenario 2          Schedule 4

### Actual Provisioning Fee's Paid

|  | Interfranchise | Amway | Total Gross |
|---|---|---|---|
| November 2001- September 2003 Gross Sales: | $ 243,307 | $ 71,743 | $ 315,050 |
| Reductions: | $ (12,218) | $ (10,762) | $ (22,980) |
| Net Totals: | $ 231,088 | $ 60,982 | $ 292,070 |
| Provisioning Fee Paid to JOBA: | $ 292,070 | | |

### Adjusted Provisioning Fee's <1>

|  | Interfranchise | Amway | Total Gross |
|---|---|---|---|
| November 2001 - September 2003 Gross Sales <2>: | $ 176,205 | $ 93,253 | $ 269,458 |
| Reductions <3>: | $ (12,218) | $ (13,988) | $ (26,206) |
| Net Totals: | $ 163,986 | $ 79,265 | $ 243,251 |
| Adjusted Provisioning Fee Paid to JOBA: | $ 107,783 | | |

|  |  |  |
|---|---|---|
| Actual Provisioning Fee Paid: | $ 292,070 | (a) |
| Adjusted Provisioning Fee: | $ 107,783 | (b) |
| Overpayment | $ 184,287 | (c)=(a-b) |

| **Overpayment as a Percent of the Actual Provisioning Fee Paid:** | **63.1%** (d)=(c/a) |
|---|---|

<1> Based on applying the sample data percentages to the actual gross provisioning
    fees paid.  This also assumes that JOBA receives the historical 60/40 seller/provider split
    less applicable royalties, system marketing fund and information services fees.
<2> Gross sales based on sample data percentages.
<3> Interfranchise reduction assumed to be the same under both scenario's. Amway reduction related
    to royalties, marketing and information services assumed to be 15% of Amway gross revenue.

| Sample | Billing Mont | Business | Account Numr | Account Name | Mailbox Billed | BILLABLE | Franchise | Node | Trunk | Acct | ASOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | Nov-01 | EES | 61751 | DEXTON LINDSAY | $ | 9.75 | IN SERVICE | S. Florida | FLL01 | 9540100 QUIXTAR | ABMPU |
| 157 | Nov-01 | EES | 34999 | LETA MEEKS | $ | 18.50 | IN SERVICE | S. Florida | WPB01 | 5610100 QUIXTAR | ACMPU |
| 163 | Nov-01 | EES | 75540 | DANNY HESTER | $ | 18.50 | IN SERVICE | S. Florida | WPB01 | 5610100 QUIXTAR | ACMPU |
| 458 | Nov-01 | | | | $ | - | IN SERVICE | S. Florida | FLL01 | 9540100 NATIONS | BAGPN |
| 539 | Nov-01 | | | | $ | - | IN SERVICE | S. Florida | FLL01 | 9540100 XPEDITE | COMPZ |
| 1022 | Nov-01 | | | | $ | - | IN SERVICE | S. Florida | FLL01 | 9540100 NATIONS | IZPLS |
| 1198 | Nov-01 | EES | 311565 | DAVID TREVINO | $ | 9.75 | IN SERVICE | S. Florida | WPB01 | 5610100 QUIXTAR | VBMPU |
| 1235 | Nov-01 | | | | $ | - | IN SERVICE | S. Florida | FLL01 | 9540100 QI | VCMLA |
| 1285 | Nov-01 | EES | 304415 | EQUITY RESIDENTIAL-SE | $ | 15.00 | IN SERVICE | S. Florida | FLL01 | 9540100 EQUITY | VCMPU |
| 1435 | Nov-01 | EES | 289212 | NORRITA ASHBURN | $ | 17.95 | IN SERVICE | S. Florida | FLL01 | 9540100 PLI | VCMPU |
| 1687 | Nov-01 | | | | $ | - | IN SERVICE | S. Florida | FLL01 | 9540100 PREMTEK | VTPPA |
| 1878 | Dec-01 | EES | 62417 | HECTOR BARRETT | $ | 18.50 | IN SERVICE | #2101 | FLL01 | 9540100 QUIXTAR | ACMPU |
| 2022 | Dec-01 | EES | 84747 | NANCY ERICKSON | $ | 18.50 | IN SERVICE | #2101 | WPB01 | 5610100 QUIXTAR | ACMPU |
| 2073 | Dec-01 | EES | 62158 | SUE RENARD | $ | 27.50 | IN SERVICE | #2101 | WPB01 | 5610100 QUIXTAR | ADMPU |
| 2346 | Dec-01 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | IN SERVICE | #2101 | FLL01 | 9540100 VERIZON | GRMNU |
| 2597 | Dec-01 | | | | $ | - | IN SERVICE | #2101 | FLL01 | 9540100 9 | IZDP |
| 2685 | Dec-01 | EES | 334824 | NORTH STAR VISIONS INC | $ | - | IN SERVICE | #2101 | WPB01 | 5610100 PREMTEK | IZGPP |
| 2713 | Dec-01 | | | | $ | - | IN SERVICE | #2101 | WPB01 | 5610100 NATIONS | IZVPN |
| 3166 | Dec-01 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 12.50 | IN SERVICE | #2101 | FLL01 | 9540100 PREMTEK | VCMPU |
| 3178 | Dec-01 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 12.50 | IN SERVICE | #2101 | FLL01 | 9540100 PREMTEK | VCMPU |
| 3504 | Jan-02 | EES | 33862 | JAMES MANNS | $ | 18.50 | IN SERVICE | #2101 | FLL01 | 9540100 QUIXTAR | ACMPU |
| 3625 | Jan-02 | EES | 60072 | T ALLEN MOORE | $ | 18.50 | IN SERVICE | #2101 | WPB01 | 5610100 QUIXTAR | ACMPU |
| 4168 | Jan-02 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 0.06 | IN SERVICE | #2101 | FLL01 | 9540100 VERIZON | GRRED |
| 4175 | Jan-02 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 0.06 | IN SERVICE | #2101 | FLL01 | 9540100 VERIZON | GRRED |
| 4374 | Jan-02 | | | | $ | - | IN SERVICE | #2101 | FLL01 | 9540100 OVR | IZRP1 |
| 4601 | Jan-02 | EES | 300556 | #49 AMER ALUM & INSUL FIREPF | $ | 10.95 | IN SERVICE | #2101 | FLL01 | 9540100 PREMTEK | VCMLU |
| 4805 | Jan-02 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 12.50 | IN SERVICE | #2101 | FLL01 | 9540100 PREMTEK | VCMPU |
| 5180 | Feb-02 | EES | 293277 | JOSEPH/BARBA BROUSSEAU | $ | 10.95 | IN SERVICE | #2101 | FLL01 | 9540100 EXCELUSA | VBMPU |
| 5481 | Feb-02 | | | | $ | - | IN SERVICE | #2101 | WPB01 | 5610100 NATIONS | VAMLN |
| 5617 | Feb-02 | EES | 343488 | JAMES DANTE | $ | 17.95 | IN SERVICE | #2101 | WPB01 | 5610100 PLI | VCMLU |
| 5718 | Feb-02 | | | | $ | - | IN SERVICE | #2101 | FLL01 | 9540100 PREMTEK | VTPPA |
| 6263 | Feb-02 | EES | 59974 | MICHAEL & KA WEILD | $ | 9.75 | IN SERVICE | #2101 | WPB01 | 5610100 QUIXTAR | ABMPU |
| 6495 | Feb-02 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 33.44 | IN SERVICE | #2101 | FLL01 | 9540100 VERIZON | GRRED |
| 6873 | Mar-02 | EES | 326042 | TODD FULMER | $ | 19.95 | IN SERVICE | #2101 | WPB01 | 5610100 EXCELUSA | VCMPU |
| 6931 | Mar-02 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 1.00 | IN SERVICE | #2101 | FLL01 | 9540100 GEFA | VMMLN |
| 7282 | Mar-02 | EES | 342563 | SUSIE VAJTAY | $ | 17.95 | IN SERVICE | #2101 | WPB01 | 5610100 PLI | VCMPU |
| 7734 | Mar-02 | EES | 76800 | ROBERT D BOTKIN | $ | 27.50 | IN SERVICE | #2101 | WPB01 | 5610100 QUIXTAR | ADMPU |
| 8068 | Mar-02 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | IN SERVICE | #2101 | WPB01 | 5610100 VERIZON | GRFMS |
| 8088 | Mar-02 | B017 | 368 | VERIZON WIRELESS | $ | 0.61 | IN SERVICE | #2101 | WPB01 | 5610100 VERIZON | GRRED |

| ASOC Description | Product | AMWAY (Y OR NO) | Mailbox # | Start Date | End Date | Revenue | Match | $ Match |
|---|---|---|---|---|---|---|---|---|
| (NON UM) | Voicecom Basic | Y | 9544804842 | 31-Jan-00 | Active | $7.40 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 5618373153 | 31-Jan-00 | Active | $14.00 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 5616539682 | 31-Jan-00 | Nov. 01 | $14.00 | √ | √ |
| MAILBOX | | N | 9544182861 | 9-Jan-98 | 1-Jul-99 | $10.50 | √ | √ |
| NETWORK CHARGES | | N | 9544183414 | | | $0.00 | | |
| IZ VIP PLUS MAILBOX | | N | 9544183581 | | | $7.50 | | |
| VC BASIC MESSAGING, URG | Voicecom Classic | Y | 5618372536 | 3-Jul-01 | 19-Nov-01 | $7.40 | √ | √ |
| VC CLASSIC MESSAGING, ALL | | N | 9544187273 | | | $10.50 | | |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544187508 | 29-May-01 | | $10.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544804506 | 14-Mar-01 | Nov. 01 | $10.50 | √ | √ |
| 1ESSAGES, 5 DAY RETENTION) | | N | 9547257751 | | | $19.95 | | |
| (NON UM) | Voicecom Classic | Y | 9545741783 | 31-Jan-00 | Dec. 01 | $14.00 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 5618372949 | 31-Jan-00 | | $14.00 | √ | √ |
| (NON UM) | Voicecom Deluxe | Y | 5616539618 | 31-Jan-00 | | $22.50 | √ | √ |
| GREETING | Bank Greeter | N | 9544805641 | 14-Jun-01 | | $22.50 | √ | √ |
| OUTDIAL TO A DIGITAL PAGER | | N | 9544816539 | | | $0.50 | | |
| MSG, 5 DAY RETENTION | Voicecom Classic | N | 5618373081 | 27-Sep-01 | | $7.00 | √ | √ |
| MESSAGE, 5-DAY RETENTION | Classic Legacy | N | 5613666264 | 9-Apr-99 | 16-Dec-01 | $7.50 | | |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9547252029 | 20-Jul-01 | | $10.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544804833 | 20-Jul-01 | | $10.50 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 9544804591 | 31-Jan-00 | | $14.00 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 5618373209 | 31-Jan-00 | | $14.00 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9544805980 | 14-Jun-01 | | $3.00 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9544805945 | 14-Jun-01 | | $3.00 | √ | √ |
| MINUTE | | N | 9544805684 | | | $7.50 | | |
| VC CLASSIC MESSAGING, URGENT | Voicecom Classic | N | 9544187326 | 1-Jun-01 | | $10.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9547257867 | 20-Jul-01 | | $10.50 | √ | √ |
| 'C BASIC MESSAGING, URG | Voicecom Basic | N | 9547257778 | 18-May-01 | | $7.40 | √ | √ |
| VC ANNOUNCEMENT | | N | 5613666611 | | | $7.50 | | |
| VC CLASSIC MESSAGING, URGENT | Voicecom Classic | N | 5613666503 | 24-Oct-01 | | $10.50 | √ | √ |
| MESSAGES, 5 DAY RETENTION) | | N | 9544182833 | | | $19.95 | | |
| (NON UM) | Voicecom Basic | Y | 5616539630 | 31-Jan-00 | 28-Feb-02 | $7.40 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9544805118 | 19-Jun-01 | | $3.00 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 5618372689 | 24-Aug-01 | | $10.50 | √ | √ |
| VC MENU | Voicecom Menu | N | 9544804866 | 4-Sep-01 | | | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 5613666500 | 11-Oct-01 | | $10.50 | √ | √ |
| (NON UM) | Voicecom Deluxe | Y | 5616539653 | 31-Jan-00 | | $22.50 | √ | √ |
| (S. FLORIDA) | Non Standard Legacy | N | 5618372922 | 14-Jun-01 | | $10.50 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 5618372663 | 12-Feb-02 | | $3.00 | √ | √ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8097 | Mar-02 | | $ | - | IN SERVICE | #2101 | WPB01 | 5610100 VERIZON | GRROT |
| 8102 | Mar-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | IN SERVICE | #2101 | WPB01 | 5610100 VERIZON | GRROT |
| 8158 | Mar-02 | | $ | - | IN SERVICE | #2101 | WPB01 | 5610100 VERIZON | GRMNU |
| 8276 | Mar-02 | | $ | - | IN SERVICE | #2101 | FLL01 | 9540100 XPEDITE | IZVPN |
| 8552 | Apr-02 | | $ | - | BILLABLE | S. FLORIDA WPB01 | | 5610100  NATIONS | BAGPN |
| 8569 | Apr-02 | | $ | - | BILLABLE | FLORIDA | WPB01 | 5610100 NATIONS | BAGPN |
| 8848 | Apr-02 EES | 226813 TRANSWORLD SYSTEMS (HQ) | $ | 7.25 | BILLABLE | FLORIDA | WPB01 | 5610100 PREMTEK | VBMPU |
| 8997 | Apr-02 EES | 325232 WOODLAND MEADOWS | $ | 43.50 | BILLABLE | FLORIDA | FLL01 | 9540100 PREMTEK | VCMPA |
| 9012 | Apr-02 EES | 327919 MERRILL LYNCH INS. GROUP | $ | 15.00 | BILLABLE | FLORIDA | FLL01 | 9540100 PREMTEK | STPDN |
| 9194 | Apr-02 EES | 60570 MATTHEW CURTIS | $ | 27.50 | BILLABLE | FLORIDA | WPB01 | 5610100 QUIXTAR | ADMPU |
| 9475 | Apr-02 B017 | 368 VERIZON WIRELESS | $ | - | BILLABLE | FLORIDA | WPB01 | 5610100 VERIZON | GRMNU |
| 9592 | Apr-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. FLORIDA FLL01 | | 9540100  VERIZON | GRMNU |
| 10262 | May-02 EES | 18960 MARK HARRIS GRP | $ | - | IN SERVICE | FLORIDA | WPB01 | 5610100 PREMTEK | EM2VU |
| 10406 | May-02 EES | 322699 ORKIN / HOME OFFICE | $ | 14.00 | IN SERVICE | FLORIDA | FLL01 | 9540100 PREMTEK | GBLPA |
| 10418 | May-02 | | $ | - | IN SERVICE | FLORIDA FLL01 | | 9540100  PREMTEK | VTPPA |
| 10541 | May-02 EES | 85702 KEVIN M LA MONTAGNE | $ | 18.50 | IN SERVICE | FLORIDA | WPB01 | 5610100 QUIXTAR | ACMPU |
| 10829 | May-02 B017 | 368 VERIZON WIRELESS | $ | - | IN SERVICE | FLORIDA | WPB01 | 5610100 VERIZON | GRMNU |
| 11093 | May-02 | | $ | - | IN SERVICE | FLORIDA FLL01 | | 9540100 XPEDITE | COMPZ |
| 11223 | Jun-02 EES | 349517 KAAN OKCUOGLU | $ | 10.95 | IN SERVICE | FLORIDA | FLL01 | 9540100 EXCELUSA VBMPU |
| 11310 | Jun-02 EES | 60136 CHARLES FRANKLIN | $ | 18.50 | IN SERVICE | FLORIDA | WPB01 | 5610100 ICS | ACMPU |
| 11538 | Jun-02 EES | 359766 CHEMLAWN TRUGREEN | $ | 19.95 | IN SERVICE | FLORIDA | FLL01 | 9540100 PREMTEK | VAMLN |
| 11634 | Jun-02 EES | 315918 GEFA FINANCIAL ASSURANCE | $ | 12.50 | IN SERVICE | FLORIDA | FLL01 | 9540100 PREMTEK | VCMPU |
| 11736 | Jun-02 EES | 65751 PAUL PULLIAM | $ | 9.75 | IN SERVICE | FLORIDA | WPB01 | 5610100 QUIXTAR | ABMPU |
| 11787 | Jun-02 EES | 350505 JEFFREY PELLETTIERE | $ | 18.50 | IN SERVICE | FLORIDA | WPB01 | 5610100 QUIXTAR | ACMPU |
| 11862 | Jun-02 EES | 62310 JOHN HALLIDAY | $ | 18.50 | IN SERVICE | FLORIDA | FLL01 | 9540100 QUIXTAR | ACMPU |
| 11925 | Jun-02 | | $ | - | IN SERVICE | FLORIDA FLL01 | | 9540100 SPRINT | VTNSS |
| 12057 | Jun-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | 0.61 | IN SERVICE | FLORIDA FLL01 | | 9540100 VERIZON | GRRED |
| 12193 | Jun-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | IN SERVICE | FLORIDA FLL01 | | 9540100 VERIZON | GRMNU |
| 12670 | Jul-02 EES | 260301 CHAPMAN, DENNIS G. | $ | 17.95 | IN SERVICE | #2101 | WPB01 | 5610100 PLI | VCMPU |
| 12776 | Jul-02 | | | | IN SERVICE | S. Florida #2 FLL01 | | 9540100  PREMTEK | VTPPA |
| 12858 | Jul-02 EES | 363778 RONNIE MENDELSOHN - REGION | $ | 17.95 | IN SERVICE | #2101 | FLL01 | 9540100 PREMTEK | VCMPU |
| 12859 | Jul-02 EES | 332627 VOICE-TEL OF S FLORIDA | $ | 10.50 | IN SERVICE | #2101 | FLL01 | 9540100 PREMTEK | VCMPU |
| 13073 | Jul-02 EES | 24123 KEVIN LANE | $ | 18.50 | IN SERVICE | #2101 | FLL01 | 9540100 QUIXTAR | ACMPU |
| 13450 | Jul-02 EES | 226813 TRANSWORLD SYSTEMS (HQ) | $ | 7.25 | IN SERVICE | #2101 | WPB01 | 5610100 CL | VAGPN |
| 13732 | Aug-02 EES | 300693 NOS COMMUNICATIONS | $ | 4.00 | BILLABLE | FLORIDA # FLL01 | | 9540100 NOS | RESVM |
| 13921 | Aug-02 | | $ | - | BILLABLE | FLORIDA # FLL01 | | 9540100  PREMTEK | VTPPA |
| 14259 | Aug-02 | | $ | - | BILLABLE | FLORIDA # FLL01 | | 9540100  SPRINT | GRMNU |
| 14320 | Aug-02 | | $ | - | BILLABLE | FLORIDA # FLL01 | | 9540100  OC | IZVPN |
| 14708 | Aug-02 EES | 374211 CHARLENE ESPINOZA | $ | - | BILLABLE | FLORIDA # WPB01 | | 5610100 F | VBMPU |
| 14718 | Aug-02 EES | 300693 NOS COMMUNICATIONS | $ | 4.00 | BILLABLE | FLORIDA # WPB01 | | 5610100 NOS | RESVM |

| Description | Service | Flag | Number | Date | Price | | |
|---|---|---|---|---|---|---|---|
| GREETER ROTATIONAL MAILBOX | | N | 5618372917 | | $7.50 | | |
| GREETER ROTATIONAL MAILBOX | Bank Greeter | N | 5618372710 | 14-Jun-01 | $7.50 | √ | √ |
| GREETING | | N | 5618372760 | | $22.50 | | |
| MESSAGE, 5-DAY RETENTION | | N | 9544182918 | | $7.50 | | |
| MAILBOX | | N | 5613666445 | | $10.50 | | |
| MAILBOX | | N | 5613666463 | | $10.50 | √ | √ |
| VC BASIC MESSAGING, URG | Voicecom Basic | N | 5618372559 | 9-Jul-01 | $7.40 | √ | √ |
| UM) | Voicecom Classic | N | 9544805007 | 15-Aug-01 | $10.50 | √ | √ |
| NETWORK MESSAGING          M | Voicecom Classic | N | 9544187832 | 30-Aug-01 | $7.00 | √ | √ |
| (NON UM) | Voicecom Deluxe | Y | 5616539704 | 31-Jan-00 | $22.50 | √ | √ |
| GREETING | Bank Greeter | N | 5618372645 | 12-Feb-02 | $22.50 | √ | √ |
| ;REETING | Bank Greeter | N | 9544805745 | 14-Jun-01 | $22.50 | √ | √ |
| URGENT PAGING | Voicecom Classic | N | 5618378110 | 16-Dec-99 | $19.95 | √ | √ |
| PREMIERE GLOBAL - PAGE ON ALL | Voicecom Classic | N | 9544804513 | 30-Aug-01 | $17.95 | √ | √ |
| MESSAGES, 5 DAY RETENTION) | | N | 9547257774 | | $19.95 | | |
| (NON UM) | Voicecom Classic | Y | 5618220538 | 31-Jan-00 | $14.00 | √ | √ |
| GREETING | Bank Greeter | N | 5618372623 | 12-Feb-02 | $22.50 | √ | √ |
| NETWORK CHARGES | | N | 9544183414 | | $0.00 | | |
| VC BASIC MESSAGING, URG | Voicecom Basic | N | 9544804508 | 22-Jan-02 | $7.40 | √ | √ |
| (NON UM) | Voicecom Classic | N | 5618373828 | 31-Jan-00 | $14.00 | √ | √ |
| VC ANNOUNCEMENT | Announcement | N | 9544804595 | 15-Mar-02 | $7.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544804758 | 21-Sep-01 | $10.50 | √ | √ |
| (NON UM) | Voicecom Basic | Y | 5616537509 | 12-Sep-01 | $7.40 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 5618372531 | 1-Feb-02 | $14.00 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 9544805005 | 31-Jan-00 | $14.00 | √ | √ |
| VOICE-TEL NON STANDARD SERVICE | | N | 9546985594 | | $10.50 | | |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9546987462 | 18-Jun-01 | $3.00 | | |
| GREETING | Bank Greeter | N | 9546987398 | 18-Jun-01 | $22.50 | | |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 5613666415 | 2-Oct-00 | $10.50 | √ | √ |
| MESSAGES, 5 DAY RETENTION) | | N | 9544182828 | | $19.95 | | |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9547253142 | 12-Jul-02 | $10.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9546985404 | 19-Sep-01 | $10.50 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 9544804894 | 31-Jan-00 | $14.00 | √ | √ |
| GRTG, 20 MSG, 5 DAY RETENTION) | Voicecom Basic | N | 5613666504 | 31-Jan-01 | $6.00 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential | N | 9544804504 | 1-Apr-02 | $2.95 | √ | √ |
| MESSAGES, 5 DAY RETENTION) | | N | 9544221490 | | $19.95 | | |
| GREETING | | N | 9544804941 | | $22.50 | | |
| MESSAGE, 5-DAY RETENTION | | N | 9544805196 | | $7.50 | | |
| VC BASIC MESSAGING, URG | Voicecom Basic | N | 5618372750 | 23-Aug-02 | $7.40 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential | N | 5618372693 | 15-Jul-02 | $2.95 | √ | √ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 15245 | Sep-02 | | | $ | - | BILLABLE | S.FLORIDA | FLL01 | 9540100 | PREMTEK | VTPPA |
| 15372 | Sep-02 EES | 127974 JOHN HALLIDAY | $ | 18.50 | BILLABLE | #2101 | FLL01 | 9540100 QUIXTAR | ACMPU |
| 15460 | Sep-02 EES | 293316 LAWRENCE, WESLEY | $ | 19.95 | BILLABLE | #2101 | FLL01 | 9540100 EXCELUSA | VCMPU |
| 15557 | Sep-02 EES | 308227 JENNY CRAIG INTERNATIONAL | $ | 13.45 | BILLABLE | #2101 | FLL01 | 9540100 PREMTEK | VCMPU |
| 15656 | Sep-02 | | $ | - | BILLABLE | S.FLORIDA | FLL01 | 9540100 | NSA | VCMPU |
| 15806 | Sep-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S.FLORIDA | FLL01 | 9540100 | VERIZON | GRROT |
| 16135 | Sep-02 | | $ | - | BILLABLE | S.FLORIDA | FLL01 | 9540100 | VERIZON | GRRED |
| 16306 | Sep-02 EES | 363289 VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | #2101 | FLL01 | 9540100 PREMTEK | RESVA |
| 16354 | Sep-02 EES | 363290 VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | #2101 | WPB01 | 5610100 PREMTEK | RESVM |
| 16500 | Oct-02 | | $ | - | BILLABLE | S. FLORIDA WPB01 | 5610100 | BUCKS | VCMLA |
| 16521 | Oct-02 | | $ | - | BILLABLE | S. FLORIDA FLL01 | 9540100 | EQUITY | IZDP |
| 16690 | Oct-02 EES | 54302 SALLY FEAMAN | $ | 18.50 | BILLABLE | FLORIDA | FLL01 | 9540100 ICS | VCMPU |
| 16854 | Oct-02 EES | 18960 MARK HARRIS GRP | $ | - | BILLABLE | FLORIDA | FLL01 | 9540100 PREMTEK | EM2VU |
| 16864 | Oct-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. FLORIDA WPB01 | 5610100 | PREMTEK | GRMSG |
| 17078 | Oct-02 EES | 363290 VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | FLORIDA | FLL01 | 9540100 PREMTEK | RESVM |
| 17200 | Oct-02 EES | 332627 VOICE-TEL OF S FLORIDA | $ | 10.50 | BILLABLE | FLORIDA | FLL01 | 9540100 PREMTEK | VCMPU |
| 17432 | Oct-02 EES | 32908 RANDAL WHITE | $ | 18.50 | BILLABLE | FLORIDA | FLL01 | 9540100 QUIXTAR | ACMPU |
| 17474 | Oct-02 EES | 83991 LOIS WEAKLEY | $ | 27.50 | BILLABLE | FLORIDA | FLL01 | 9540100 QUIXTAR | ADMPU |
| 17582 | Oct-02 | | $ | - | BILLABLE | S. FLORIDA WPB01 | 5610100 | VERIZON | GRANN |
| 17601 | Oct-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. FLORIDA FLL01 | 9540100 | VERIZON | GRFMS |
| 18133 | Nov-02 EES | 23503 CHISTINE QUINTS | $ | 9.75 | BILLABLE | FLORIDA | WPB01 | 5610100 QUIXTAR | ABMPU |
| 18177 | Nov-02 EES | 22055 NANCY BRINK | $ | 18.50 | BILLABLE | FLORIDA | WPB01 | 5610100 QUIXTAR | ACMPU |
| 18449 | Nov-02 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | 73.76 | BILLABLE | S. FLORIDA FLL01 | 9540100 | VERIZON | GRRED |
| 18758 | Nov-02 B017 | 368 VERIZON WIRELESS | $ | 0.77 | BILLABLE | S. FLORIDA WPB01 | 5610100 | VERIZON | GRRED |
| 18826 | Nov-02 EES | 25502 FLEUR HEATON-LIFE | $ | 9.75 | BILLABLE | FLORIDA | FLL01 | 9540100 QUIXTAR | ABMPU |
| 18997 | Nov-02 EES | 363289 VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | FLORIDA | WPB01 | 5610100 PREMTEK | RESVM |
| 19045 | Nov-02 EES | 363289 VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | FLORIDA | FLL01 | 9540100 PREMTEK | RESVA |
| 19493 | Dec-02 EES | 380306 MELISSA DELISA | $ | 9.95 | BILLABLE | #2101 | WPB01 | 5610100 NSAUSA | VBMPU |
| 19550 | Dec-02 EES | 260126 MURRAY, JODY J. | $ | 17.95 | BILLABLE | #2101 | FLL01 | 9540100 PLI | VCMPU |
| 19774 | Dec-02 EES | 363290 VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | #2101 | FLL01 | 9540100 PREMTEK | RESVA |
| 20731 | Jan-03 | | $ | - | BILLABLE | S. Florida #2 FLL01 | 9540100 | VERIZON | GRMNU |
| 21012 | Jan-03 EES | 315289 CUMMINGS, SNYDER, P.A. | $ | 17.95 | BILLABLE | #2101 | FLL01 | 9540100 PREMTEK | VCMPU |
| 21087 | Jan-03 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 FLL01 | 9540100 | VERIZON | GRFMS |
| 21196 | Jan-03 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 FLL01 | 9540100 | VERIZON | GRROT |
| 21304 | Jan-03 EES | 76602 BARRY JOHNSON | $ | 9.75 | BILLABLE | #2101 | FLL01 | 9540100 QUIXTAR | ABMPU |
| 21334 | Jan-03 EES | 344902 JAMES ARTIS | $ | 9.75 | BILLABLE | #2101 | WPB01 | 5610100 ICS | VBMPU |
| 21451 | Jan-03 B017 | 369 VERIZON WIRELESS(SOUTH) | $ | 0.99 | BILLABLE | S. Florida #2 FLL01 | 9540100 | VERIZON | GRRED |
| 21681 | Jan-03 EES | 363290 VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | #2101 | FLL01 | 9540100 PREMTEK | RESVA |
| 21970 | Feb-03 EES | 386507 RONALD CARMENATE | $ | - | BILLABLE | #2101 | WPB01 | 5610100 EXCELUSA | VBMLA |
| 22084 | Feb-03 EES | 371039 CHUCK ALLEN JR | $ | 9.75 | BILLABLE | #2101 | WPB01 | 5610100 ICS | VBMPU |

| Description | Type | | Number | Date | Price | | |
|---|---|---|---|---|---|---|---|
| MESSAGES, 5 DAY RETENTION) | | N | 9547257947 | | $19.95 | | |
| (NON UM) | Voicecom Classic | Y | 9545741727 | 31-Jan-00 | $14.00 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544805073 | 24-Mar-01 | $10.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544187481 | 20-Jun-01 | $10.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | | N | 9544805408 | | $10.50 | | |
| GREETER ROTATIONAL MAILBOX | Bank Greeter | N | 9544805075 | 19-Jun-01 | $7.50 | √ | √ |
| GREETER REDIRECT MAILBOX | | N | 9544804628 | | $3.00 | | |
| ON ALL) | Residential | N | 9544804776 | 14-Aug-02 | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential | N | 5618372653 | 22-Apr-02 | $2.95 | √ | √ |
| VC CLASSIC MESSAGING, ALL | | N | 5618045121 | | $10.50 | | |
| OUTDIAL TO A DIGITAL PAGER | | N | 9544805356 | | $0.50 | | |
| 'C CLASSIC MESSAGING, URG | Voicecom Classic | N | 9545746551 | 2001 | $10.50 | √ | √ |
| URGENT PAGING | Voicecom Classic | N | 9546987304 | 1999 | $19.95 | √ | √ |
| GREETER MESSAGE TAKING MAILBOX | Non Standard Legacy | N | 5618373057 | 2001 | $10.50 | | |
| VC RESIDENTIAL VOICE MAIL | Residential | N | 9544804676 | 2002 | $2.95 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9546985405 | 2001 | $10.50 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 9544804782 | 2000 | $14.00 | √ | √ |
| (NON UM) | Voicecom Deluxe | Y | 9546987471 | 2000 | $22.50 | √ | √ |
| MINUTE GREETING | | N | 5618372511 | | $22.50 | | |
| (S. FLORIDA) | Non Standard Legacy | N | 9546987412 | 2001 | $10.50 | | |
| (NON UM) | Voicecom Basic | Y | 5618373113 | 31-Jan-00 | $7.40 | √ | √ |
| (NON UM) | Voicecom Classic | Y | 5618372535 | 31-Jan-00 | $14.00 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9544805694 | 14-Jun-01 | $3.00 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 5618372679 | 12-Feb-02 | $3.00 | √ | √ |
| (NON UM) | Voicecom Basic | Y | 9544804653 | 20-May-02 | $7.40 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential | N | 5618372795 | 13-Sep-02 | $2.95 | √ | √ |
| ON ALL) | Residential | N | 9544804667 | 7-Oct-02 | $2.95 | √ | √ |
| VC BASIC MESSAGING, URG | Voicecom Basic | N | 5618372620 | 2002 | $7.40 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544187412 | 2000 | $10.50 | √ | √ |
| ON ALL) | Residential | N | 9544804603 | 2002 | $2.95 | √ | √ |
| GREETING | | N | 9544804577 | | $22.50 | | |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9544805120 | 2001 | $10.50 | √ | √ |
| (S. FLORIDA) | Non Standard Legacy | N | 9544804538 | 2001 | $10.50 | √ | √ |
| GREETER ROTATIONAL MAILBOX | Bank Greeter | N | 9544805812 | 2001 | $7.50 | √ | √ |
| (NON UM) | Voicecom Basic | Y | 9544804539 | 2000 | $7.40 | √ | √ |
| VC BASIC MESSAGING, URG | Voicecom Basic | Y | 5618372537 | 2001 | $7.40 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9544221512 | 2001 | $3.00 | √ | √ |
| ON ALL) | Residential | N | 9544804723 | 2002 | $2.95 | √ | √ |
| VC BASIC MESSAGING, ALL | Voicecom Basic | N | 5618373090 | 27-Feb-03 | $7.40 | √ | √ |
| VC BASIC MESSAGING, URG | Voicecom Basic | Y | 5618372606 | 10-Jul-02 | $7.40 | √ | √ |

| ID | Date | Acct | Name | | Amount | Status | Entity | Loc | Code | Vendor | Last |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22103 | Feb-03 | EES | 381595 | AVONNE WHITE | $ | 9.95 | BILLABLE | #2101 | FLL01 | 9540100 F | | VBMPU |
| 22198 | Feb-03 | EES | 157794 | KAREN WATTS | $ | 9.75 | BILLABLE | #2101 | WPB01 | 5610100 | PREMTEK | ABMPU |
| 22252 | Feb-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | PREMTEK | RESVA |
| 22285 | Feb-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | PREMTEK | RESVA |
| 22327 | Feb-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 5.50 | BILLABLE | #2101 | FLL01 | 9540100 | PREMTEK | RESVA |
| 22379 | Feb-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | #2101 | FLL01 | 9540100 | PREMTEK | RESVA |
| 22457 | Feb-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | #2101 | WPB01 | 5610100 | PREMTEK | RESVA |
| 22790 | Feb-03 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 12.50 | BILLABLE | #2101 | FLL01 | 9540100 | PREMTEK | VCMPU |
| 22861 | Feb-03 | EES | 121102 | SHARI KALKSTEIN | $ | 9.75 | BILLABLE | #2101 | FLL01 | 9540100 | QUIXTAR | ABMPU |
| 23093 | Feb-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 0.11 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRFMS |
| 23305 | Feb-03 | B017 | 368 | VERIZON WIRELESS | $ | 5.67 | BILLABLE | S. Florida #2 | WPB01 | 5610100 | VERIZON | GRRED |
| 23371 | Feb-03 | EES | 226813 | TRANSWORLD SYSTEMS (HQ) | $ | 11.45 | BILLABLE | #2101 | WPB01 | 5610100 | CL | VLGPN |
| 23678 | Mar-03 | EES | 300693 | NOS COMMUNICATIONS | $ | 4.00 | BILLABLE | #2101 | FLL01 | 9540100 | NOS | RESVM |
| 23840 | Mar-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRMNU |
| 24036 | Mar-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 67.10 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRRED |
| 24151 | Mar-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | #2101 | FLL01 | 9540100 | PREMTEK | RESVA |
| 24481 | Mar-03 | B017 | 368 | VERIZON WIRELESS | $ | - | BILLABLE | S. Florida #2 | WPB01 | 5610100 | VERIZON | GRMNU |
| 24482 | Mar-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 | WPB01 | 5610100 | VERIZON | GRMNU |
| 24544 | Mar-03 | EES | 76675 | YVONNE M WARE | $ | 9.75 | BILLABLE | #2101 | WPB01 | 5610100 | QUIXTAR | ABMPU |
| 24731 | Mar-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | S. Florida #2 | WPB01 | 5610100 | PREMTEK | RESVA |
| 24903 | Apr-03 | EES | 347300 | MAXINE HANKERSON | $ | 17.95 | BILLABLE | #2101 | FLL01 | 9540100 F | | VCMPU |
| 25132 | Apr-03 | EES | 368302 | GOLDEN VOICE | $ | 3.50 | BILLABLE | #2101 | WPB01 | 5610100 | PREMTEK | RESVA |
| 25145 | Apr-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | PREMTEK | RESVM |
| 25317 | Apr-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | S. Florida #2 | WPB01 | 5610100 | PREMTEK | RESVM |
| 25318 | Apr-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | S. Florida #2 | WPB01 | 5610100 | PREMTEK | RESVM |
| 25428 | Apr-03 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 12.50 | BILLABLE | #2101 | FLL01 | 9540100 | PREMTEK | VCMLU |
| 25460 | Apr-03 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 12.50 | BILLABLE | #2101 | FLL01 | 9540100 | PREMTEK | VCMPU |
| 25537 | Apr-03 | EES | 40584 | RICHARD SMITH | $ | 9.75 | BILLABLE | #2101 | FLL01 | 9540100 | QUIXTAR | ABMPU |
| 25591 | Apr-03 | EES | 25949 | LISA HOLLAND | $ | 18.50 | BILLABLE | #2101 | FLL01 | 9540100 | QUIXTAR | ACMPU |
| 25771 | Apr-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 | WPB01 | 5610100 | VERIZON | GRMNU |
| 25814 | Apr-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRMNU |
| 26172 | May-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | S. Florida #2 | WPB01 | 5610100 | PREMTEK | RESVM |
| 26841 | May-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | PREMTEK | RESVA |
| 26848 | May-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | #2101 | FLL01 | 9540100 | PREMTEK | RESVA |
| 27106 | May-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 11.28 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRRED |
| 27113 | May-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 49.45 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRRED |
| 27246 | Jun-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | #2101 | WPB01 | 5610100 | PREMTEK | RESVM |
| 27357 | Jun-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | BILLABLE | S. Florida #2 | WPB01 | 5610100 | PREMTEK | RESVA |
| 27556 | Jun-03 | B017 | 368 | VERIZON WIRELESS | $ | - | BILLABLE | S. Florida #2 | WPB01 | 5610100 | VERIZON | GRROT |
| 27920 | Jun-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | BILLABLE | S. Florida #2 | FLL01 | 9540100 | PREMTEK | RESVA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VC BASIC MESSAGING, URG | Voicecom Basic | N | 9544805070 | 12-Dec-02 | | $7.40 | √ | √ |
| (NON UM) | Voicecom Basic | Y | 5618372856 | 31-Jan-00 | | $7.40 | √ | √ |
| ON ALL) | Residential | N | 9544804727 | 18-Oct-02 | | $2.95 | √ | √ |
| ON ALL) | Residential | N | 9544805240 | 25-Dec-02 | | $2.95 | √ | √ |
| ON ALL) | Residential | N | 9544804993 | 1-Feb-03 | | $2.95 | √ | √ |
| ON ALL) | Residential | N | 9544804968 | 25-Nov-02 | | $2.95 | √ | √ |
| ON ALL) | Residential | N | 5618372502 | 25-Oct-02 | | $2.95 | √ | √ |
| VC CLASSIC MESSAGING, URG | Voicecom Classic | N | 9547257957 | 20-Jul-01 | | $10.50 | √ | √ |
| (NON UM) | Voicecom Basic | Y | 9544192769 | 31-Jan-00 | | $7.40 | √ | √ |
| (S. FLORIDA) | Bank Greeter | N | 9544805454 | 19-Jun-01 | | $10.50 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 5618372663 | 12-Feb-02 | | $3.00 | √ | √ |
| iRTG, 20 MSGS, 5 DAY RETENTION) | Voicecom Classic | N | 5613666486 | 31-Jan-01 | | $6.50 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential (local) | N | 9544804626 | 28-Mar-02 | | $2.95 | √ | √ |
| GREETER MENU - 3 MINUTE GREETING | Bank Greeter | N | 9546987373 | 18-Jun-01 | $ | 22.50 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9544805694 | 14-Jun-01 | $ | 3.00 | √ | √ |
| ON ALL) | Residential (local) | N | 9544804698 | 16-Oct-02 | | $2.95 | √ | √ |
| GREETER MENU - 3 MINUTE GREETING | Bank Greeter | N | 5618372660 | 12-Feb-02 | $ | 22.50 | √ | √ |
| GREETER MENU - 3 MINUTE GREETING | Bank Greeter | N | 5618372909 | 1-Jul-01 | $ | 22.50 | √ | √ |
| (NON UM) | | Y | 5618373668 | 31-Jan-00 | | $7.40 | √ | √ |
| VC RESIDENTIAL VOICE MAIL (PAGE OI | Residential (local) | N | 5618372702 | 18-Dec-02 | $ | 2.95 | √ | √ |
| VC CLASSIC MESSAGING, URG | (local) | N | 9544804606 | 18-Dec-01 | | $10.50 | √ | √ |
| ON ALL) | | N | 5618372518 | | | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL (PAGE OI | Residential (local) | N | 9544804667 | 7-Oct-02 | | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential (local) | N | 5618372748 | 22-Aug-02 | | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential (local) | N | 5618372746 | 22-Aug-02 | | $2.95 | √ | √ |
| VC CLASSIC MESSAGING, URGENT | (local) | N | 9544182201 | 20-Jul-01 | | $10.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | (local) | N | 9547253933 | 20-Jul-01 | | $10.50 | √ | √ |
| (NON UM) | (local) | Y | 9544805174 | 31-Jan-00 | | $7.40 | √ | √ |
| ,NON UM) | (local) | Y | 9544804901 | 31-Jan-00 | | $14.00 | √ | √ |
| GREETER MENU - 3 MINUTE GREETING | Bank Greeter | N | 5618372909 | 1-Jul-01 | | $22.50 | √ | √ |
| GREETER MENU - 3 MINUTE GREETING | Bank Greeter | N | 9544805623 | 14-Jun-01 | | $22.50 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential (local) | N | 5618372534 | 17-Sep-02 | | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL (PAGE OI | Residential (local) | N | 9544804546 | 4-Feb-03 | | $2.95 | √ | √ |
| ON ALL) | Residential (local) | N | 9544804953 | 22-Nov-02 | | $2.95 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9546987446 | 18-Jun-01 | | $3.00 | √ | √ |
| GREETER REDIRECT MAILBOX | Bank Greeter | N | 9546987458 | 18-Jun-01 | | $3.00 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential (local) | N | 5618372624 | 21-Mar-02 | | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL (PAGE OI | Residential (local) | N | 5618372512 | 16-Jan-03 | | $2.95 | √ | √ |
| GREETER ROTATIONAL MAILBOX | Bank Greeter | N | 5618372709 | 1-Feb-03 | | $7.50 | √ | √ |
| VC RESIDENTIAL VOICE MAIL (PAGE OI | Residential (local) | N | 9544804736 | 23-Oct-02 | | $2.95 | √ | √ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28159 | Jun-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRFMS |
| 28239 | Jun-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | BILLABLE | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRROT |
| 28304 | Jul-03 | EES | 382057 | JOSEPH & LOR KESSLER | $ | 18.50 | | #2101 | WPB01 | 5610100 | QUIXTAR | ACMPU |
| 28323 | Jul-03 | EES | 342162 | CHARLES MANKAMYER | $ | 10.95 | | #2101 | WPB01 | 5610100 | EXCELUSA | VBMPU |
| 28378 | Jul-03 | EES | 380306 | MELISSA DELISA | $ | 9.95 | | #2101 | WPB01 | 5610100 | NSAUSA | VBMPU |
| 28528 | Jul-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | | #2101 | WPB01 | 5610100 | PREMTEK | RESVA |
| 28534 | Jul-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | | #2101 | WPB01 | 5610100 | PREMTEK | RESVA |
| 28677 | Jul-03 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 11.50 | | #2101 | FLL01 | 9540100 | PREMTEK | VMMLL |
| 28731 | Jul-03 | EES | 393275 | HYNDE PRIME | $ | 26.64 | | #2101 | FLL01 | 9540100 | NSAUSA | VCMPU |
| 28789 | Jul-03 | EES | 119597 | MICHAEL & JE MONTGOMERY | $ | 18.50 | | #2101 | FLL01 | 9540100 | QUIXTAR | ACMPU |
| 29214 | Jul-03 | EES | 168324 | RONALD BRINNON | $ | 9.75 | | #2101 | FLL01 | 9540100 | QUIXTAR | ABMPU |
| 29231 | Jul-03 | | | | $ | - | | S. Florida #2 | FLL01 | 9540100 | VT1801-NS, | VDMPU |
| 29256 | Jul-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRROT |
| 29316 | Jul-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | - | | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRMNU |
| 29354 | Jul-03 | EES | 363778 | RONNIE MENDELSOHN - REGION | $ | 2.95 | | #2101 | FLL01 | 9540100 | PREMTEK | IZDP |
| 29937 | Aug-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | | #2101 | FLL01 | 9540100 | PREMTEK | RESVA |
| 30037 | Aug-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | | #2101 | FLL01 | 9540100 | PREMTEK | RESVM |
| 30120 | Aug-03 | EES | 398038 | EQUITY RESIDENTIAL EASTERN | $ | 15.00 | | S. Florida #2 | FLL01 | 9540100 | PREMTEK | VCMPA |
| 30251 | Aug-03 | EES | 74304 | JULIE SKOKAN | $ | 18.50 | | #2101 | FLL01 | 9540100 | QUIXTAR | ACMPU |
| 30554 | Sep-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | | S. Florida #2 | WPB01 | 5610100 | PREMTEK | RESVA |
| 30557 | Sep-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | | S. Florida #2 | WPB01 | 5610100 | PREMTEK | RESVA |
| 30624 | Sep-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | | #2101 | WPB01 | 5610100 | PREMTEK | RESVA |
| 30694 | Sep-03 | EES | 398038 | EQUITY RESIDENTIAL EASTERN | $ | 15.00 | | #2101 | WPB01 | 5610100 | PREMTEK | VCMPA |
| 30795 | Sep-03 | B017 | 368 | VERIZON WIRELESS | $ | - | | S. Florida #2 | WPB01 | 5610100 | VERIZON | GRMNU |
| 30832 | Sep-03 | B017 | 368 | VERIZON WIRELESS | $ | 0.66 | | S. Florida #2 | WPB01 | 5610100 | VERIZON | GRRED |
| 31117 | Sep-03 | EES | 363289 | VARTEC - EXCEL COMMUNICATI | $ | 2.75 | | #2101 | FLL01 | 9540100 | PREMTEK | RESVA |
| 31130 | Sep-03 | EES | 363290 | VARTEC RESIDENTIAL | $ | 2.75 | | S. Florida #2 | FLL01 | 9540100 | PREMTEK | RESVM |
| 31286 | Sep-03 | EES | 315918 | GEFA FINANCIAL ASSURANCE | $ | 12.50 | | #2101 | FLL01 | 9540100 | PREMTEK | VCMPU |
| 31490 | Sep-03 | B017 | 369 | VERIZON WIRELESS(SOUTH) | $ | 0.99 | | S. Florida #2 | FLL01 | 9540100 | VERIZON | GRRED |
| | | | | | $ | 1,546.90 | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GREETER MESSAGE TAKING MAILBOX | Non Standard Legacy | N | 9544805929 | 14-Jun-01 | | $10.50 | √ | √ |
| GREETER ROTATIONAL MAILBOX | Bank Greeter | N | 9544805075 | 19-Jun-01 | | $7.50 | √ | √ |
| (NON UM) | (local) | Y | 5618372507 | 2002 | | $14.00 | √ | √ |
| VC BASIC MESSAGING, URG | (local) | N | 5618372528 | 2001 | | $7.40 | √ | √ |
| VC BASIC MESSAGING, URG | (local) | N | 5618372620 | 2002 | | $7.40 | √ | √ |
| ON ALL) | Residential (local) | N | 5618372799 | 2003 | | $2.95 | √ | √ |
| ON ALL) | Residential (local) | N | 5618372803 | 2003 | | $2.95 | √ | √ |
| VC MENU DEFAULT TO LAST | (local) | N | 9544182207 | 2001 | | $7.50 | √ | √ |
| VC CLASSIC MESSAGING, URG | (local) | N | 9544804505 | 2003 | | $10.50 | √ | √ |
| (NON UM) | (local) | Y | 9544804575 | 2000 | | $14.00 | √ | √ |
| (NON UM) | (local) | Y | 9544805500 | 2000 | | $7.40 | √ | √ |
| VC DELUXE MESSAGING, URG | | N | 9544805646 | | | $13.50 | | |
| GREETER ROTATIONAL MAILBOX | Bank Greeter | N | 9544805811 | 4-JUN-2001 | | $7.50 | √ | √ |
| GREETER MENU - 3 MINUTE GREETING | Bank Greeter | N | 9546987253 | 8-JUN-2001 | | $22.50 | √ | √ |
| OUTDIAL TO A DIGITAL PAGER | (local) | N | 9547253142 | 2002 | | $0.50 | √ | √ |
| ON ALL) | Residential (local) | N | 9544804704 | 17-Oct-02 | | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential (local) | N | 9544804643 | 9-Apr-02 | | $2.95 | √ | √ |
| VC CLASSIC MESSAGING, ALL (NON UM | Voicecom Classic (loc | N | 9544804737 | 1-Aug-03 | | $10.50 | √ | √ |
| (NON UM) | (local) | Y | 9544804578 | 31-Jan-00 | | $14.00 | √ | √ |
| VC RESIDENTIAL VOICE MAIL (PAGE O | Residential (local) | N | 5618372511 | 9-JAN-2003 | 01-JAN-1900 | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL (PAGE O | Residential (local) | N | 5618372532 | 7-OCT-2002 | 01-JAN-1900 | $2.95 | √ | √ |
| ON ALL) | Residential (local) | N | 5618372960 | 2003 | 01-JAN-1900 | $2.95 | √ | √ |
| UM) | (local) | N | 5618372664 | 2003 | 01-JAN-1900 | $10.50 | √ | √ |
| GREETER MENU - 3 MINUTE GREETING | Greeter | N | 5618372727 | 1-FEB-2003 | 01-JAN-1900 | $22.50 | √ | √ |
| GREETER REDIRECT MAILBOX | Greeter | N | 5618372670 | 2-FEB-2002 | 01-JAN-1900 | $3.00 | √ | √ |
| ON ALL) | Residential (local) | N | 9544805332 | 2003 | 01-JAN-1900 | $2.95 | √ | √ |
| VC RESIDENTIAL VOICE MAIL | Residential (local) | N | 9544804560 | 2-JUL-2002 | 01-JAN-1900 | $2.95 | √ | √ |
| VC CLASSIC MESSAGING, URG | (local) | N | 9547257867 | 2001 | 01-JAN-1900 | $10.50 | √ | √ |
| GREETER REDIRECT MAILBOX | Greeter | N | 9544804607 | 4-OCT-2001 | 01-JAN-1900 | $3.00 | √ | √ |

$1,792.95

$    9.54

Random Numbers - data set - Nov. 01 - Sept. 03

12057
3178
18826
28378
27920
30251
458
12859
27246
4374
7734
1435
1022
5180
6931
539
8997
10829
17474
11279
11736
11223
28731
14708
13450
9592
30795
25460
31286
8088
30037
1687
22252
25771
30694
14718
9475
23678
11093
24481
2346
6263
2022
11310
15372
16135
11787
31117
1285
7282
157
29231

```
3166
8102
24482
21451
25537
22861
2685
4175
23866
19774
5481
12776
17432
22457
17522
5718
30624
21681
16690
25145
25428
8276
5617
27357
3625
1878
24036
23305
31130
29214
28528
17200
15806
21304
15460
4601
1198
25132
21196
23093
18449
4805
28159
11925
6327
6495
10541
10262
9475
25318
21970
8569
```

```
28534
 1235
22379
14320
16306
 8097
 9194
25317
24903
21334
23840
29937
19550
22790
30554
11634
26841
17582
27556
13921
 6873
27113
 8848
22198
22327
11862
10406
 2713
30832
 9012
16864
12858
31490
28239
25591
28677
18133
22285
12670
 3504
28323
12193
 3024
24544
24731
21012
20731
 8158
24151
22103
27106
   89
```

21418
29316
1341
16354
28789
30120
18758
17601
30557
15245
8068
25814
15656
26848
21087
29256
14259
5305
1955
163
17078
19493
15557
18289
18997
29354
16854
4168
2597
18177
26172
2073
8552
22084
13073
11538
13732
10418
6663
23371
16521
28304
19045
16500



**GROSS PAYMENT MADE TO JOBA VERSES BILLS BY FRANCHISOR FOR THE IDENTICAL MAILBOXES**